

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00396-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Irene Rios, Justice

On September 12, 2019, this court granted relator an extension of time until September 19, 2019 to file a petition for writ of mandamus. Because relator did not file a petition, on October 1, 2019, this court ordered relator to show cause in writing no later than October 11, 2019 why this original proceeding should not be dismissed for want of prosecution. Our order cautioned relator that if he did not respond by October 11, 2019, this original proceeding would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

On October 7, 2019, relator filed a third request for an extension of time stating he needs additional time in which to file his petition because he was not staying at his mailing address when our order was mailed to him and because he did not receive an email with the order attached.

The request is GRANTED and relator is ORDERED to file his petition for writ of mandamus **no later than October 18, 2019**. If relator does not file his petition by October 18, 2019, this original proceeding will be dismissed. *See* TEX. R. APP. P. 42.3(b), (c). **NO FURTHER EXTENSIONS OF TIME WILL BE CONSIDERED.**

Relator has been designated a vexatious litigant. Therefore, this court's granting of relator's request for an extension of time in which to file a petition for writ of mandamus does not constitute "permission" to file an original proceeding as required by Texas Civil Practice and Remedies Code section 11.103(a). Such permission may only be obtained from the appropriate local administrative judge.

The Clerk of this court is directed to send relator a copy of this order to his Spring Branch, Texas mailing address; his (apparently current) Canyon Lake, Texas mailing address; and his jdonohue@swbell.net email address.

---

[1] This proceeding arises out of Cause No. CV-19-0000010, styled *John M. Donohue Ex Parte*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.

It is so **ORDERED** on October 9, 2019.

**PER CURIAM**

ATTESTED TO:

Luz Estrada
Chief Deputy Clerk